UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOZOYA, | No. 5:20-cv-01039-SAB-PJW |
| Plaintiff, | |
| v. | |
| C. R. BARD, INC., and BARD | **ORDER TO SHOW CAUSE** |
| PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

On September 23, 2020, the Court entered an Order staying the above-captioned case. ECF No. 16. The Order directed the parties to file a stipulation of dismissal or submit a joint statement reporting the status of the settlement by January 27, 2021. Nothing further has been filed.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties are **ordered** to show cause as to the status of this case.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 19th day of February 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER TO SHOW CAUSE ~ 1**