UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOZOYA,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 5:20-cv-01039-SAB-PJWx<br><br>**ORDER DISMISSING CASE AND CLOSING FILE**<br><br>**[ECF NO. 18]** |

Before the Court is the parties' Stipulation of Dismissal of All Claims Without Prejudice, ECF No. 18. The parties stipulate and agree that Plaintiff's claims in the above-captioned action be dismissed without prejudice with each party to bear its own costs and attorneys' fees.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE AND CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation of Dismissal of All Claims Without Prejudice, ECF No. 18, the above-captioned action is **dismissed** without prejudice with each party to bear its own costs and attorneys' fees.

2. All claims asserted by Plaintiff against all parties in the above-captioned action are **dismissed** without prejudice.

3. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 25th day of February 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE AND CLOSING FILE ~ 2**